UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
JOEL RODRIGUEZ,          :
          :
          Plaintiff,          :
          :      21-CV-5389 (JMF)
     -v-          :
          :      ORDER
THOMAS B. SCANNEL et al.,          :
          :
          Defendants.          :
          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' letter filed yesterday, ECF No. 7, the Clerk of Court is directed to REMAND this case back to New York Supreme Court, Bronx County, and to close the case on this Court's docket. All conferences are canceled.

      SO ORDERED.

Dated: August 24, 2021
      New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge